Case 15-22497-GLT    Doc 86    Filed 12/21/17    Entered 12/21/17 09:50:20    Desc Main
Document    Page 1 of 1

FILED
12/21/17 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | Case No.: | 15-22497-GLT |
| | Chapter: | 13 |
| Kathleen Miskovich | | |
| | Date: | 12/20/2017 |
| *Debtor(s).* | Time: | 10:30 |

## PROCEEDING MEMO

*MATTER:*   #80 - Debtor's Objection to the Notice of Mortgage Payment Change by Ditech Financial LLC (Claim #3)
    #84 - Response by Ditech Financial

*APPEARANCES:*
    Debtor:   David Valencik
    Ditech:   James Warmbrodt

*NOTES:*

Valenck: Requests 30 days to resolve this objection.

Warmbrodt: No objection.

*OUTCOME:*

1. The hearing on the objection [Dkt. No. 80] is continued to January 17, 2018 at 9:00 a.m.  (Text Order to issue.)

2. On or before January 15, 2018, the parties shall submit any proposed order resolving the objection [Dkt. No. 80] under certification of counsel. (Text Order to issue.)

**DATED:** 12/20/2017