Case 15-22497-GLT    Doc 88    Filed 01/17/18    Entered 01/17/18 15:51:32    Desc Main
Document      Page 1 of 1

FILED
1/17/18 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-22497-GLT |
| | : | Chapter: 13 |
| Kathleen Miskovich | : | |
| | : | |
| | : | Date: 1/17/2018 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:** #80 - Continued Debtor's Objection to the Notice of Mortgage
Payment Change by Ditech Financial LLC (Claim #3)
#84 - Response by Ditech Financial
[Proposed Order under COC resolving Objection
due 1/15/18]

**APPEARANCES:**
  Debtor:    David Valencik
  Creditor:  James Warmbrodt

**NOTES:**

Warmbrodt: Withdraws the notice of mortgage change.

**OUTCOME:**

1. The notice of mortgage payment change dated 10/27/17 is denied as withdrawn. (Text Order to issue.)

**DATED:** 1/17/2018