Case 15-22497-GLT    Doc 91    Filed 12/06/18    Entered 12/07/18 00:56:33    Desc Imaged
                                Certificate of Notice    Page 1 of 2

FILED
12/4/18 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 15-22497-GLT |
| Kathleen Miskovich, | ) **Chapter** 13 |
|     **Debtor,** | ) |
| Kathleen Miskovich, | ) **Related to Claim No.** 3 |
|     **Movant,** | ) |
| vs. | ) **Hearing Date:** |
| Ditech Financial LLC | ) |
| fka Green Tree Servicing, LLC, | ) |
|     **Respondent.** | ) Related to Docket No. 89 |

### ORDER OF COURT

**AND NOW,** to-wit, this _4th Day of December, 2018, on Motion of the Debtor, it is hereby **ORDERED** that the time to file an objection, an amended plan or a declaration to the Notice of Payment Change is extended for ten (10) days or until December 13, 2018.

By the Court,

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kathleen Miskovich
    Debtor

Case No. 15-22497-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Dec 04, 2018
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db          +Kathleen Miskovich,   1219 Applewood Drive,   Gibsonia, PA 15044-9249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
        Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC f/k/a Greentree Loan Servicing LLC ecfmail@mwc-law.com
        David Z. Valencik    on behalf of Debtor Kathleen  Miskovich dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
        Donald R. Calaiaro    on behalf of Debtor Kathleen  Miskovich dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
        James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com, cnoroski@grblaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                  TOTAL: 11