FILED
3/14/19 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          ) **Case No.** 15-22497-GLT
Kathleen Miskovich,                             ) **Chapter** 13
    **Debtor,**                                   )
Kathleen Miskovich,                             ) **Related to Claim #3**
    **Objector,**                                 )
        **vs.**                               ) **Related Document No.**
Ditech Financial LLC                            ) **Hearing Date:** 01/16/19 @ 10:30 a.m.
fka Green Tree Servicing, LLC,                  ) **Response Due:** 01/02/19
    **Respondent.**                               ) **Document No.**

### ORDER OF COURT

AND NOW, to-wit, this 13ᵗʰ day of March 2019, ~~2018~~, on objection filed by

Kathleen Miskovich, it is hereby **ORDERED, ADJUDGED AND DECREED** that the

Debtor's Objection to the Notices of Mortgage Payment Change of Ditech Financial LLC

DATED November 9, 2018, and December 7, 2018, is sustained.

IT IS ORDERED, that Ditech Financial, LLC, ~~is barred from asserting an escrow~~ on or before March 24, 2019,

~~deficiency~~. shall file a new mortgage payment change notice,

~~IT IS ORDERED, that Ditech Financial, LLC is ordered to pay $_____.~~

setting forth the monthly principal + interest and escrow obligations coming due as of May 1, 2019, consistent with the terms of its response filed at Dkt. No. 107.

By the Court,

Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22497-GLT
Kathleen Miskovich                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1           Date Rcvd: Mar 14, 2019
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db             +Kathleen Miskovich,   1219 Applewood Drive,   Gibsonia, PA 15044-9249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
          Celine P. DerKrikorian   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing
           LLC ecfmail@mwc-law.com
          Celine P. DerKrikorian   on behalf of Creditor   Ditech Financial LLC f/k/a Greentree Loan
           Servicing LLC ecfmail@mwc-law.com
          David Z. Valencik   on behalf of Debtor Kathleen  Miskovich dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro   on behalf of Debtor Kathleen  Miskovich dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Jared S. Roach   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
           jroach@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
          Jeffrey R. Hunt   on behalf of Creditor   Pine-Richland School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
           pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                               TOTAL: 12