**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

11/15/2019

IN RE:

KATHLEEN MISKOVICH
1219 APPLEWOOD DRIVE
GIBSONIA,  PA  15044
XXX-XX-6822          Debtor(s)

Case No.15-22497 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/15/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BERNSTEIN-BURKLEY PC (FORMERLY FOR PET** 2200 GULF TOWER 707 GRANT ST PITTSBURGH, PA 15219 | Trustee Claim Number: 1  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC*** ATTN BANKRUPTCY DEPARTMENT 375 NORTH SHORE DR PITTSBURGH, PA 15212 | Trustee Claim Number: 2  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: /PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **DITECH FINANCIAL LLC(*)** ATTENTION: BK CASH MANAGEMENT 301 W BAY STREET FLOOR 22, J253 JACKSONVILLE, FL 32202 | Trustee Claim Number: 3  INT %: 0.00% Court Claim Number: 3 | CLAIM: 0.00 COMMENT: LOAN MOD@CID36*BGN 8/15 | CRED DESC: MORTGAGE REGULAR PAYME ACCOUNT NO.: 2906 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)** POB 9490** CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 4  INT %: 0.00% Court Claim Number: 4 | CLAIM: 0.00 COMMENT: CL4GOVS@LTCD~NO ARRS | CRED DESC: VEHICLE ACCOUNT NO.: 0558 |
| **ECAST SETTLEMENT CORP** POB 29262 NEW YORK, NY 10087-9262 | Trustee Claim Number: 5  INT %: 0.00% Court Claim Number: 5 | CLAIM: 4,582.75 COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8169 |
| **BANK OF AMERICA NA*** PO BOX 660933 DALLAS, TX 75266 | Trustee Claim Number: 6  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1595 |
| **BANK OF AMERICA NA*** PO BOX 15102 WILMINGTON, DE 19886-5102 | Trustee Claim Number: 7  INT %: 0.00% Court Claim Number: 11 | CLAIM: 30,446.57 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7213 |
| **BANK OF AMERICA NA*** PO BOX 660933 DALLAS, TX 75266 | Trustee Claim Number: 8  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1840 |
| **SYNCHRONY BANK++** C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI, FL 33131-1605 | Trustee Claim Number: 9  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~BROOKS BROTHERS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8787 |
| **COLLECTION SERVICE CENTER INC** 832 5TH AVE - CORPORATE OFFICE POB 560 NEW KENSINGTON, PA 15068 | Trustee Claim Number: 10  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2581 |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 13,558.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8111 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 3,947.61<br>COMMENT: EXXON/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3367 |
| **EXXON MOBILE/CITIBANK**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4191 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 6,298.90<br>COMMENT: GAP/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9718 |
| **GM CARD++**<br>POB 88000<br>BALTIMORE, MD 21288 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9742 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7611 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 9,740.07<br>COMMENT: NORDSTROM/SCH*TD BANK*CL [-] 312.57 CREDIT/CRED LTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0086 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 4,658.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8962 |
| **ROSS WEST VIEW EMS**<br>5325 PERRY HIGHWAY<br>PITTSBURGH, PA 15229 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7960 |
| **SAKS FIFTH AVENUE**<br>611 FIFTH AVENUE<br>NEW YORK, NY 10022 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4635 |

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **SAKS FIFTH AVENUE**<br>611 FIFTH AVENUE<br>NEW YORK, NY 10022 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:  | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2293 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 12,385.21<br>COMMENT: SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2965 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: SLATE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0830 |
| **TOYOTA FINANCIAL SVCS**<br>POB 5855<br>CAROL STREAM, IL 60197-5855 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~CARDMEMBER SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9648 |
| **TOYOTA FINANCIAL SVCS**<br>POB 5855<br>CAROL STREAM, IL 60197-5855 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 13 TOYOTA HIGHLANDER |
| **MAGEE WOMENS HOSPITAL OF UPMC**<br>300 HALKET ST<br>PITTSBURGH, PA 15213-3180 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9866 |
| **MAGEE WOMENS HOSPITAL OF UPMC**<br>300 HALKET ST<br>PITTSBURGH, PA 15213-3180 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9874 |
| **VINCENTIAN HOME**<br>111 PERRYMONT RD<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4316 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WAL MART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0038 |
| **DITECH FINANCIAL LLC(*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 0.00<br>COMMENT: LOAN MOD@CID36*$2,435.37/CL*THRU 7/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2906 |

CLAIM RECORDS

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **DITECH FINANCIAL LLC(*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 13,597.04<br>COMMENT: LOAN MOD@CID36 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2906 |
| **PINE-RICHLAND SD(RCHLND)RE TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 0.00<br>COMMENT: C7:$564.72~W/D-DOC 62*NT/SCH-PL*W/33 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1506-L-202; 2015 |
| **PINE-RICHLAND SD(RCHLND)RE TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 0.00<br>COMMENT: C7:$4,943.38~W/D-DOC 62*NT/SCH-PL*W/32 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1506-L-209; 2015 |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 6,513.59<br>COMMENT: NT/SCH*CAP ONE*X4635 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9157 |
| **MCCABE WEISBERG & CONWAY PC**<br>(FORMERLY CELINE P DERKRIKORIAN ESQ)<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DITECH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DITECH FINANCIAL LLC(*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:3-2<br><br>CLAIM: 0.00<br>COMMENT: PMT/LOAN MOD-PL-CL*BGN 7/16* PMT/DECLAR*DKT4PMT-LMT*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2906 |