**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **KATHLEEN MISKOVICH** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-22497GLT** |

# Form 4100N
# Notice of Final Cure Payment                             10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | NEW RESIDENTIAL MORTGAGE LLC |
| **Court claim no.** (if known): | 3-2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 6 0 3 2 |
| **Property Address:** | 1219 APPLEWOOD DR<br>GIBSONIA PA 15044 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                      Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment                                              $ $1,597.17

    The next postpetition payment is due on   9 / 1 / 2020
                                                 MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **KATHLEEN MISKOVICH** | Case number *(if known)* | **15-22497GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour            Date  08/05/2020
Signature

Trustee     Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
            600 GRANT STREET
            SUITE 3250 US STEEL TWR
            PITTSBURGH, PA  15219

Contact phone  (412) 471-5566            Email  cmecf@chapter13trusteewdpa.com

Case 15-22497-GLT    Doc 118    Filed 08/05/20    Entered 08/05/20 10:59:05    Desc Main
Document    Page 3 of 4

| Debtor 1 | KATHLEEN MISKOVICH | | Case number (if known) | 15-22497GLT |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 08/18/2016 | | DITECH FINANCIAL LLC F/K/A GREEN TRE | REALLOCATION OF CONTINUING DEBT | 3,805.23 |
| 09/27/2016 | 1013013 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 2,384.33 |
| 10/26/2016 | 1016913 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 11/21/2016 | 1020290 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 12/21/2016 | 1023565 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 01/27/2017 | 1026981 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 02/24/2017 | 1030436 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 03/28/2017 | 1033822 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 04/21/2017 | 1037186 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 05/25/2017 | 1040436 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 06/27/2017 | 1043796 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 07/25/2017 | 1047113 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 08/25/2017 | 1050461 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 09/26/2017 | 1053788 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 10/25/2017 | 1057170 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 11/21/2017 | 1060472 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 12/21/2017 | 1063729 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 01/25/2018 | 1067133 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 02/23/2018 | 1070359 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 03/28/2018 | 1073532 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 04/24/2018 | 1076763 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 05/25/2018 | 1079999 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 06/22/2018 | 1083213 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 07/26/2018 | 1086344 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 08/28/2018 | 1089583 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 11/26/2018 | 1086344 | DITECH FINANCIAL LLC F/K/A GREEN TRE | CANCELLED CHECK TO CREDITOR/CONT | -1,547.39 |
| 11/26/2018 | 1098269 | DITECH FINANCIAL LLC(*) | PREWRITTEN CHECK TO CREDITOR/CON | 1,547.39 |
| 11/27/2018 | 1099187 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 4,642.17 |
| 12/21/2018 | 1102305 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 01/25/2019 | 1105456 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 02/25/2019 | 1108745 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 03/25/2019 | 1111989 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 04/26/2019 | 1115270 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,547.39 |
| 05/24/2019 | 1118674 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,645.45 |
| 06/25/2019 | 1122058 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,596.42 |
| 07/29/2019 | 1125489 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,596.42 |
| 08/27/2019 | 1128982 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,596.42 |
| 09/24/2019 | 1132354 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,596.42 |
| 10/24/2019 | 1135610 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,596.42 |
| 11/25/2019 | 1139061 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 12/23/2019 | 1142487 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 01/28/2020 | 1147061 | NEW RESIDENTIAL MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 02/25/2020 | 1150582 | NEW RESIDENTIAL MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 03/23/2020 | 1154064 | NEW RESIDENTIAL MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 04/27/2020 | 1157524 | NEW RESIDENTIAL MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 05/26/2020 | 1160855 | NEW RESIDENTIAL MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 06/26/2020 | 1164007 | NEW RESIDENTIAL MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| 07/29/2020 | 1167114 | NEW RESIDENTIAL MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,597.17 |
| | | | | 78,160.73 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

KATHLEEN MISKOVICH
1219 APPLEWOOD DRIVE
GIBSONIA, PA  15044

DONALD R CALAIARO ESQ
CALAIARO VALENCIK
938 PENN AVE STE 501
PITTSBURGH, PA  15222-3708

NEW RESIDENTIAL MORTGAGE LLC
PO BOX 10826
GREENVILLE, SC  29603-0826

RAS CRANE LLC
10700 ABOTT'S BRIDGE RD STE 170
DULUTH, GA  30097


8/5/20                                                        /s/ Roberta Saunier
                                                              _____
                                                              Administrative Assistant
                                                              Office of the Chapter 13 Trustee