**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kathleen Miskovich |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 15-22497-GLT |

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Statement / Response Date: 08/17/2020

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6032

**Property address:** 1219 Applewood Dr
Number    Street

Gibsonia, Pennsylvania 15044
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/01/2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Kathleen   Miskovich | Case number (if known) | 15-22497-GLT |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     MM / DD / YYYY

### Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Natalie E. Lea       Date   08/17/2020
Signature

| Print | Natalie E. Lea | Title | Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |
| Company | Bonial & Associates, P.C. | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | P.O. Box 9013 |
|---|---|
| | Number   Street |
| | Addison, Texas 75001 |
| | City   State   ZIP Code |
| Contact phone | (972) 643-6600   Email   POCInquiries@BonialPC.com |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 17, 2020 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Kathleen Miskovich
1219 Applewood Drive
Gibsonia, PA 15044

**Debtors' Attorney**
Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA  15044

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

/s/  Natalie E. Lea