Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kathleen Miskovich** | : | Case No. 15–22497–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 122 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/28/20 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of August, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 122 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before October 9, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *October 28, 2020 at 11:00 AM* in Telephone Conference, Please consult procedures, Judge Taddonio's webpage, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania

In re:                                                        Case No. 15-22497-GLT
Kathleen Miskovich                                            Chapter 13
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas              Page 1 of 2           Date Rcvd: Aug 26, 2020
                             Form ID: 604            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db            +Kathleen Miskovich,    1219 Applewood Drive,     Gibsonia, PA 15044-9249
cr            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,     Dallas, TX 75254-7883
cr            +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
               Duluth, GA 30097-8461
cr            +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 9013,    Addison, TX 75001-9013
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
14075375      +AT&T Universal Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14075376     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
14131556      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14075378     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
              (address filed with court: Collection Service Center, Inc.,     106 North McKean St,
               P.O. Box 1623,    Butler, PA 16003-3012)
14120263      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
               Tucson, AZ 85712-1083
14754474       Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14102113       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,     POB 29262,
               NEW YORK, NY 10087-9262
14075380      +Exxon Mobil,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
14075382      +GM Card Customer Center,    P.O. Box30256,    Salt Lake City, UT 84130-0256
14092701     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree Servicing LLC,     PO BOX 6154,    Rapid City, SD 57709-6154,
               Telephone # 888-298-7785)
14075383       Green Tree Mortgage,    P.O. Box 84710,    Palatine, IL 60094
14092702      +Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14075384      +Macy's Bankruptcy processing,    P.O. Box 8053,    Mason, OH 45040-8053
14106329      +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
15182448       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14077911      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14075386       PNC Bank NA,    One PNC Plaza, 20th fl.,    Pittsburgh, PA 15222
14137449      +Peoples Natural Gas Company LLC,    225 North Shore Drive,     Pittsburgh, PA 15212-5860,
               Attn: Dawn Lindner
14117524      +Pine-Richland SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14075387       Ross/West View Emergency Services Author,    5325 Perry Highway,     Pittsburgh, PA 15229
14075388      +Saks Fifth Avenue,    P.O. Box 10327,    Jackson, MS 39289-0327
14075389       Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
14075392     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,     P.O. Box 5855,
               Carol Stream, IL 60197-5855)
14075391      +Toyota Cardmember Services,    P.O. Box 6331,    Fargo, ND 58125-6331
14075393      +Toyota Financial Services,    P.O. Box 790069,    Saint Louis, MO 63179-0069
14100575      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
14075394      +UPMC Magee Womens Hospital,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
14075395      +Vincentian Home-SNF,    111 Perrymont Rd.,    Pittsburgh, PA 15237-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14075377      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:31      Brooks Brothers/SYCB,
               P.O. Box 965003,    Orlando, FL 32896-5003
14075379       E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover,    P.O. Box 30943,
               Salt Lake City, UT 84130
14077797       E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14075381      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:26      Gap Visa- Synchrony Bank,
               P.O. Box 965003,    Orlando, FL 32896-5003
14075390       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:05:39
               Slate from Chase Cardmember Services,    P.O. Box15298,     Wilmington, DE 19850
14075385      +E-mail/Text: bnc@nordstrom.com Aug 27 2020 05:00:58      Nordstrom,    P.O. Box 13589,
               Scottsdale, AZ 85267-3589
14123705       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:06:49
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14135298      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2020 05:02:52       Td Bank,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14075396      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:29      Walmart-Synchrony Bank,
               P.O. Box 965023,    Orlando, FL 32896-5023
                                                                                              TOTAL: 9
```

```
District/off: 0315-2              User: dbas                Page 2 of 2            Date Rcvd: Aug 26, 2020
                                  Form ID: 604              Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Ditech Financial LLC
cr            Ditech Financial LLC f/k/a Green Tree Servicing LL
cr            Ditech Financial LLC f/k/a Greentree Loan Servicin
cr            Duquesne Light Company
cr            Pine-Richland School District
                                                                                   TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
               LLC ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC f/k/a Greentree Loan
               Servicing LLC ecfmail@mwc-law.com
              David Z. Valencik    on behalf of Debtor Kathleen  Miskovich dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Kathleen  Miskovich dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jared S. Roach    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               jroach@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
              Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lauren  Moyer    on behalf of Creditor    Ditech Financial LLC ecfmail@ecf.courtdrive.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 13