**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KATHLEEN MISKOVICH

       Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
        Movant
       vs.
No Respondents.

Case No.:15-22497

Chapter 13

Document No.:

---

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2020

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/09/2015  and confirmed on 8/21/15 .  The case was subsequently            Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 143,170.29 |
| Less Refunds to Debtor | 1,384.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 141,785.78 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 6,183.03 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,183.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6032 | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 13,597.04 | 13,597.04 | 0.00 | 13,597.04 |
|   Acct: 6032 | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 78,160.73 | 0.00 | 78,160.73 |
|   Acct: 6032 | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6032 | | | | |
| PINE-RICHLAND SD(RCHLND)RE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXX2015 | | | | |
| PINE-RICHLAND SD(RCHLND)RE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXX2015 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 24,253.78 | 0.00 | 24,253.78 |
|   Acct: 0558 | | | | |
| | | | | 116,011.55 |
| **Priority** | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KATHLEEN MISKOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KATHLEEN MISKOVICH | 1,177.20 | 1,177.20 | 0.00 | 0.00 |
|   Acct: | | | | |
| KATHLEEN MISKOVICH | 207.31 | 207.31 | 0.00 | 0.00 |
|   Acct: | | | | |
| CALAIARO VALENCIK | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ***N O N E *** | | | | |
| **Unsecured** | | | | |
| ECAST SETTLEMENT CORP | 4,582.75 | 775.53 | 0.00 | 775.53 |

15-22497

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8169 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1595 | | | | |
| BANK OF AMERICA NA** | 30,446.57 | 5,152.38 | 0.00 | 5,152.38 |
| Acct: 7213 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1840 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8787 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2581 | | | | |
| DISCOVER BANK(*) | 13,558.73 | 2,294.50 | 0.00 | 2,294.50 |
| Acct: 8111 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,947.61 | 668.04 | 0.00 | 668.04 |
| Acct: 3367 | | | | |
| EXXON MOBILE/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4191 | | | | |
| MIDLAND FUNDING LLC | 6,298.90 | 1,065.94 | 0.00 | 1,065.94 |
| Acct: 9718 | | | | |
| GM CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9742 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7611 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 9,740.07 | 1,648.28 | 0.00 | 1,648.28 |
| Acct: 0086 | | | | |
| PNC BANK NA | 4,658.49 | 788.35 | 0.00 | 788.35 |
| Acct: 8962 | | | | |
| ROSS WEST VIEW EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7960 | | | | |
| SAKS FIFTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4635 | | | | |
| SAKS FIFTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2293 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 12,385.21 | 2,095.91 | 0.00 | 2,095.91 |
| Acct: 2965 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0830 | | | | |
| TOYOTA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9648 | | | | |
| TOYOTA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXNDER | | | | |
| MAGEE WOMENS HOSPITAL OF UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9866 | | | | |
| MAGEE WOMENS HOSPITAL OF UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9874 | | | | |
| VINCENTIAN HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4316 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0038 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 6,513.59 | 1,102.27 | 0.00 | 1,102.27 |
| Acct: 9157 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,591.20 |

TOTAL PAID TO CREDITORS                                                                    131,602.75

TOTAL CLAIMED
PRIORITY                0.00
SECURED            13,597.04
UNSECURED       92,131.92

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KATHLEEN MISKOVICH

        Debtor(s)

    Ronda J. Winnecour
           Movant
       vs.
    No Repondents.

Case No.:15-22497

Chapter 13

Document No.:

**ORDER OF COURT**

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kathleen Miskovich
    Debtor

Case No. 15-22497-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 2          Date Rcvd: Aug 26, 2020
                    Form ID: pdf900          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db            +Kathleen Miskovich,    1219 Applewood Drive,   Gibsonia, PA 15044-9249
cr            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
               Duluth, GA 30097-8461
cr            +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
14075375      +AT&T Universal Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14075376     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
14131556      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14075378     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court:  Collection Service Center, Inc.,    106 North McKean St,
               P.O. Box 1623,    Butler, PA 16003-3012)
14120263      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
               Tucson, AZ 85712-1083
14754474       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14102113       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
               NEW YORK, NY 10087-9262
14075380      +Exxon Mobil,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
14075382      +GM Card Customer Center,    P.O. Box30256,    Salt Lake City, UT 84130-0256
14092701     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:  Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
               Telephone # 888-298-7785)
14075383       Green Tree Mortgage,    P.O. Box 84710,    Palatine, IL 60094
14092702      +Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14075384      +Macy's Bankruptcy processing,    P.O. Box 8053,    Mason, OH 45040-8053
14106329      +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
15182448       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14077911      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14075386       PNC Bank NA,    One PNC Plaza, 20th fl.,    Pittsburgh, PA 15222
14137449      +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
               Attn: Dawn Lindner
14117524      +Pine-Richland SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14075387       Ross/West View Emergency Services Author,    5325 Perry Highway,    Pittsburgh, PA 15229
14075388      +Saks Fifth Avenue,    P.O. Box 10327,    Jackson, MS 39289-0327
14075389       Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
14075392     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    P.O. Box 5855,
               Carol Stream, IL 60197-5855)
14075391      +Toyota Cardmember Services,    P.O. Box 6331,    Fargo, ND 58125-6331
14075393      +Toyota Financial Services,    P.O. Box 790069,    Saint Louis, MO 63179-0069
14100575      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
14075394      +UPMC Magee Womens Hospital,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
14075395      +Vincentian Home-SNF,    111 Perrymont Rd.,    Pittsburgh, PA 15237-5201
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14075377      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:19      Brooks Brothers/SYCB,
               P.O. Box 965003,    Orlando, FL 32896-5003
14075379       E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover,    P.O. Box 30943,
               Salt Lake City, UT 84130
14077797       E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14075381      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:19      Gap Visa- Synchrony Bank,
               P.O. Box 965003,    Orlando, FL 32896-5003
14075390       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 05:06:31
               Slate from Chase Cardmember Services,    P.O. Box15298,    Wilmington, DE 19850
14075385      +E-mail/Text: bnc@nordstrom.com Aug 27 2020 05:00:58      Nordstrom,    P.O. Box 13589,
               Scottsdale, AZ 85267-3589
14123705       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:06:42
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14135298      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2020 05:02:49      Td Bank,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14075396      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:04:20      Walmart-Synchrony Bank,
               P.O. Box 965023,    Orlando, FL 32896-5023
                                                                                              TOTAL: 9
```

```
District/off: 0315-2          User: dbas            Page 2 of 2            Date Rcvd: Aug 26, 2020
                              Form ID: pdf900        Total Noticed: 42


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Ditech Financial LLC
cr           Ditech Financial LLC f/k/a Green Tree Servicing LL
cr           Ditech Financial LLC f/k/a Greentree Loan Servicin
cr           Duquesne Light Company
cr           Pine-Richland School District
                                                                           TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
```
         Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
          LLC ecfmail@mwc-law.com
         Celine P. DerKrikorian    on behalf of Creditor    Ditech Financial LLC f/k/a Greentree Loan
          Servicing LLC ecfmail@mwc-law.com
         David Z. Valencik    on behalf of Debtor Kathleen  Miskovich dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor Kathleen  Miskovich dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Jared S. Roach    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
          jroach@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
         Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com,
          cnoroski@grblaw.com
         Lauren  Moyer    on behalf of Creditor    Ditech Financial LLC ecfmail@ecf.courtdrive.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
          pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                           TOTAL: 13
```