**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kathleen Miskovich** | Social Security number or ITIN   xxx−xx−6822 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **15−22497−GLT**

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kathleen Miskovich

10/13/20

**By the court:**   Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kathleen Miskovich  
    Debtor(s)

Case No. 15-22497-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 3 |
| Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Miskovich, 1219 Applewood Drive, Gibsonia, PA 15044-9249 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14131556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14075378 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, Inc., 106 North McKean St, P.O. Box 1623, Butler, PA 16003-3012 |
| 14120263 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 14075384 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Bankruptcy processing, P.O. Box 8053, Mason, OH 45040 |
| 14754474 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14075382 | + | GM Card Customer Center, P.O. Box30256, Salt Lake City, UT 84130-0256 |
| 14092701 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 |
| 14075383 | | Green Tree Mortgage, P.O. Box 84710, Palatine, IL 60094 |
| 14092702 | + | Green Tree Servicing LLC, PO BOX 0049, Palatine, IL 60055-0049, Telephone 60055-0049 |
| 15182448 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14077911 | + | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14075386 | | PNC Bank NA, One PNC Plaza, 20th fl., Pittsburgh, PA 15222 |
| 14137449 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14117524 | + | Pine-Richland SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14075387 | | Ross/West View Emergency Services Author, 5325 Perry Highway, Pittsburgh, PA 15229 |
| 14075391 | + | Toyota Cardmember Services, P.O. Box 6331, Fargo, ND 58125-6331 |
| 14075393 | + | Toyota Financial Services, P.O. Box 790069, Saint Louis, MO 63179-0069 |
| 14100575 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14075394 | + | UPMC Magee Womens Hospital, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14075395 | + | Vincentian Home-SNF, 111 Perrymont Rd., Pittsburgh, PA 15237-5201 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2020 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2020 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14075375 | + | EDI: CITICORP.COM | Oct 14 2020 05:03:00 | AT&T Universal Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14075376 | | EDI: BANKAMER.COM | Oct 14 2020 05:03:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14075377 | + | EDI: RMSC.COM | | |

Case 15-22497-GLT   Doc 135   Filed 10/15/20   Entered 10/16/20 01:46:06   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 14 2020 05:03:00 | Brooks Brothers/SYCB, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14075379 | | EDI: DISCOVER.COM | Oct 14 2020 05:03:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14077797 | | EDI: DISCOVER.COM | Oct 14 2020 05:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14102113 | | EDI: ECAST.COM | Oct 14 2020 05:03:00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14075380 | + | EDI: CITICORP.COM | Oct 14 2020 05:03:00 | Exxon Mobil, P.O. Box 6404, Sioux Falls, SD 57117-6404 |
| 14075381 | + | EDI: RMSC.COM | Oct 14 2020 05:03:00 | Gap Visa- Synchrony Bank, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14075390 | | EDI: JPMORGANCHASE | Oct 14 2020 05:03:00 | Slate from Chase Cardmember Services, P.O. Box15298, Wilmington, DE 19850 |
| 14106329 | + | EDI: MID8.COM | Oct 14 2020 05:03:00 | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14075385 | + | Email/Text: bnc@nordstrom.com | Oct 14 2020 03:13:02 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 14123705 | | EDI: PRA.COM | Oct 14 2020 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14075388 | + | EDI: HFC.COM | Oct 14 2020 05:03:00 | Saks Fifth Avenue, P.O. Box 10327, Jackson, MS 39289-0327 |
| 14075389 | | EDI: CITICORP.COM | Oct 14 2020 05:03:00 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14075392 | | EDI: TFSR.COM | Oct 14 2020 05:03:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14135298 | + | EDI: JEFFERSONCAP.COM | Oct 14 2020 05:03:00 | Td Bank, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14075396 | + | EDI: RMSC.COM | Oct 14 2020 05:03:00 | Walmart-Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL |
| cr | | Ditech Financial LLC f/k/a Greentree Loan Servicin |
| cr | | Duquesne Light Company |
| cr | | Pine-Richland School District |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: lfin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 44 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020                                                      Signature:             /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC f/k/a Greentree Loan Servicing LLC ecfmail@mwc-law.com |
| David Z. Valencik | on behalf of Debtor Kathleen Miskovich dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Kathleen Miskovich dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Jared S. Roach | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC jroach@reedsmith.com bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jeffrey R. Hunt | on behalf of Creditor Pine-Richland School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Lauren Moyer | on behalf of Creditor Ditech Financial LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Peter J. Ashcroft | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 13