FILED
10/15/20 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   KATHLEEN MISKOVICH

               Debtor(s)

   Ronda J. Winnecour
               Movant
                    vs.
   No Repondents.

Case No.:15-22497

Chapter 13

Related to Docket No. 122

ORDER OF COURT

   AND NOW, this _____ 13th Day of October, 2020 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 15-22497-GLT

Kathleen Miskovich                                                                              Chapter 13

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: lfin                                          Page 1 of 3

Date Rcvd: Oct 13, 2020                 Form ID: pdf900                          Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Miskovich, 1219 Applewood Drive, Gibsonia, PA 15044-9249 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14075375 | + | AT&T Universal Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14075376 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14131556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14075378 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, Inc., 106 North McKean St, P.O. Box 1623, Butler, PA 16003-3012 |
| 14120263 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 14075384 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Bankruptcy processing, P.O. Box 8053, Mason, OH 45040 |
| 14754474 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14102113 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14075380 | + | Exxon Mobil, P.O. Box 6404, Sioux Falls, SD 57117-6404 |
| 14075382 | + | GM Card Customer Center, P.O. Box30256, Salt Lake City, UT 84130-0256 |
| 14092701 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 |
| 14075383 | | Green Tree Mortgage, P.O. Box 84710, Palatine, IL 60094 |
| 14092702 | + | Green Tree Servicing LLC, PO BOX 0049, Palatine, IL 60055-0049, Telephone 60055-0049 |
| 15182448 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14077911 | + | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14075386 | | PNC Bank NA, One PNC Plaza, 20th fl., Pittsburgh, PA 15222 |
| 14137449 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14117524 | + | Pine-Richland SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14075387 | | Ross/West View Emergency Services Author, 5325 Perry Highway, Pittsburgh, PA 15229 |
| 14075388 | + | Saks Fifth Avenue, P.O. Box 10327, Jackson, MS 39289-0327 |
| 14075389 | | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14075392 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14075391 | + | Toyota Cardmember Services, P.O. Box 6331, Fargo, ND 58125-6331 |
| 14075393 | + | Toyota Financial Services, P.O. Box 790069, Saint Louis, MO 63179-0069 |
| 14100575 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14075394 | + | UPMC Magee Womens Hospital, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14075395 | + | Vincentian Home-SNF, 111 Perrymont Rd., Pittsburgh, PA 15237-5201 |

TOTAL: 32

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14075377 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 14 2020 03:27:37 | Brooks Brothers/SYCB, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14075379 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 14 2020 03:13:00 | Discover, P.O. Box 30943, Salt Lake City, UT |

District/off: 0315-2 | User: lfin | Page 2 of 3
Date Rcvd: Oct 13, 2020 | Form ID: pdf900 | Total Noticed: 42

84130

| | | | | |
|---|---|---|---|---|
| 14077797 | | Email/Text: mrdiscen@discover.com | Oct 14 2020 03:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14075381 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2020 03:24:25 | Gap Visa- Synchrony Bank, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14075390 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 14 2020 03:26:02 | Slate from Chase Cardmember Services, P.O. Box15298, Wilmington, DE 19850 |
| 14106329 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 03:14:00 | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14075385 | + | Email/Text: bnc@nordstrom.com | Oct 14 2020 03:13:02 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 14123705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2020 03:26:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14135298 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 14 2020 03:14:00 | Td Bank, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14075396 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2020 03:24:25 | Walmart-Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL |
| cr | | Ditech Financial LLC f/k/a Greentree Loan Servicin |
| cr | | Duquesne Light Company |
| cr | | Pine-Richland School District |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com |

District/off: 0315-2                        User: lfin                                    Page 3 of 3
Date Rcvd: Oct 13, 2020                     Form ID: pdf900                          Total Noticed: 42

Celine P. DerKrikorian
    on behalf of Creditor Ditech Financial LLC f/k/a Greentree Loan Servicing LLC ecfmail@mwc-law.com

David Z. Valencik
    on behalf of Debtor Kathleen Miskovich dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
    uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Kathleen Miskovich dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
    uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jared S. Roach
    on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC jroach@reedsmith.com
    bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jeffrey R. Hunt
    on behalf of Creditor Pine-Richland School District jhunt@grblaw.com  cnoroski@grblaw.com

Lauren Moyer
    on behalf of Creditor Ditech Financial LLC ecfmail@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft
    on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com,
    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com


TOTAL: 13