**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **)** **Bankruptcy No.** 15-22497 GLT |
| Kathleen Miskovich, | **)** |
|       **Debtor,** | **)** **Chapter** 13 |
| Calaiaro Valencik, | **)** **Hearing Date:** 11/18/20 @ 10:00 a.m. |
|       **Movant,** | **)** **Response Due:** 11/02/20 |
|       **vs.** | **)** |
| No Respondent. | **)** **Related to Document No.** 133-134 |

**CERTIFICATION OF NO OBJECTION REGARDING
FINAL FEES AND EXPENSES APPLICATION FILED ON BEHALF OF
Calaiaro Valencik – Document No. 133**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on October 15, 2020, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik Modification** appears thereon. Pursuant to the Notice of Hearing, objections to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than November 2, 2020**.**

It is hereby respectfully requested that the Order attached to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**DATE:**  November 3, 2020

/s/ David Z. Valencik
**David Z. Valencik, Esquire
PA I.D. No. 308361
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930
dvalencik@c-vlaw.com**