IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-22497 GLT |
| KATHLEEN MISKOVICH, | : Chapter 13 |
|     Debtor | : |
| | : Related to Document No. 133 |
| | : |
| CALAIARO VALENCIK, | : |
|     Movant, | : Hearing Date and Time: |
| vs | : 11/18/2020 @10:00 a.m. |
| | : |
| KATHLEEN MISKOVICH, | : Response Document No: 134 |
|     Respondent. | : |

**PRAECIPE TO ENTER APPEARANCE**

TO THE BANKRUPTCY COURT:

    Kindly enter my appearance as attorney of record for DEBTOR/RESPONDENT, KATHLEEN MISKOVICH.

Respectfully submitted,

_[signature]_

Deborah S. Miskovich
Counsel for Debtor/Respondent
Kathleen Miskovich
PA. I.D. No. 32418

1466 Greystone Drive
Pittsburgh, PA 15206-1158
(412) 921-1900

e-mail: dmiskovich@miskovichlaw.com

FILED
11/3/2020 2:58 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-22497 GLT |
| KATHLEEN MISKOVICH, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 133 |
| CALAIARO VALENCIK, | : | |
| Movant, | : | Hearing Date and Time: |
| vs | : | 11/18/2020 @10:00 a.m. |
| | : | |
| KATHLEEN MISKOVICH, | : | Response Document No: 134 |
| Respondent. | : | |

### CERTIFICATE OF SERVICE OF PRAECIPE TO ENTER APPEARANCE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 2, 2020.

**Service by First Class Mail:**
David Z. Valencik, Esquire:  Calaiaro Valencik, 938 Penn Avenue, Suite 501 Pittsburgh, PA 15222-3708

**Hand Delivery:**
The Honorable Gregory L. Taddonio, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and 5490 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

EXECUTED ON: November 2, 2020

Respectfully submitted,

_____
Deborah S. Miskovich
Counsel for Debtor/Respondent
Kathleen Miskovich
PA. I.D. No. 32418

1466 Greystone Drive
Pittsburgh, PA 15206-1158
(412) 921-1900

e-mail:
dmiskovich@miskovichlaw.com