IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kathleen Miskovich

*Debtor(s)*

Case No. 15-22497-GLT

Chapter 13

Related to Document No. 138

## PROCESSING FEE/SANCTION ORDER

*Local Bankruptcy Rule 5005-1* makes electronic filing mandatory in the United States Bankruptcy Court for Pennsylvania. Attorneys and their staff have been able to receive free training in the use of the Court's Case Management/Electronic Case Files (CM/ECF) system from the system's effective date, i.e., February 3, 2003. As a result, there is no reason as of this time for attorneys and members of their staff to fail to properly file documents in the Court's CM/ECF system.

As a result of the above, the Court has determined that a processing fee and sanction of $150.00 shall be assessed in the event of any failure to comply with its rules concerning electronic filing. The processing fee and sanction shall be paid each time an attorney files a document by means other than the Court's CM/ECF system.

The attorney named below has filed a document on paper, disk, or via scanning at the Clerk's Office in violation of the Court's long standing procedures in this regard, therefore,

It is hereby **ORDERED, ADJUDGED and DECREED** that *on or before November 17, 2020*, *Attorney Miskovich* shall pay a *$150* processing fee and sanction for failure to electronically file a document with this Court by use of its CM/ECF system. *This fee must be paid from the funds of the attorney or his law firm. Counsel shall not charge to or collect the $150.00 from the client as a fee, cost, expense, or other charge in this case.*

It is **FURTHER ORDERED**, additional documents filed by the attorney prior to payment of the processing fee and sanctions of $150.00 shall be stricken from the record.

Date: November 3, 2020              /s/Hon. Gregory L. Taddonio
                                    Bankruptcy Judge
                                    United States Bankruptcy Court

cc: Financial Administrator

---

Please make check payable to "Clerk, U.S. Bankruptcy Court" and mail payment to:
U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

Form #90c-1

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kathleen Miskovich  
    Debtor(s)

Case No. 15-22497-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 2  
Date Rcvd: Nov 03, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

**Recip ID**      **Recipient Name and Address**  
aty      + Deborah S. Miskovich, 1466 Greystone Dr., Pittsburgh, PA 15206-1158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian  
     on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com

Celine P. DerKrikorian  
     on behalf of Creditor Ditech Financial LLC f/k/a Greentree Loan Servicing LLC ecfmail@mwc-law.com

David Z. Valencik  
     on behalf of Debtor Kathleen Miskovich dvalencik@c-vlaw.com  
     cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro  
     on behalf of Debtor Kathleen Miskovich dcalaiaro@c-vlaw.com  
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Nov 03, 2020 | Form ID: pdf900 | Total Noticed: 1 |

uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jared S. Roach
    on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC jroach@reedsmith.com
    bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jeffrey R. Hunt
    on behalf of Creditor Pine-Richland School District jhunt@grblaw.com  cnoroski@grblaw.com

Lauren Moyer
    on behalf of Creditor Ditech Financial LLC ecfmail@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 13