## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 15-22497 GLT |
| Kathleen Miskovich, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Calaiaro Valencik, | ) **Hearing Date:** 11/18/20 @ 10:00 a.m. |
|     **Movant,** | ) **Response Due:** 11/02/20 |
|     vs. | ) Related Document No. 134-133 |
| No Respondent. | ) **Document No.** |

## CONSENT ORDER OF COURT

**AND NOW,** to-wit, this _____ day of November, 2020, upon consideration of the foregoing Final Fees and Expenses Application by attorney for the Debtor, and the objection filed by the debtor, it is hereby **ORDERED** that fees and expenses of Calaiaro Valencik are reduced to $6,000.00 and will be paid directly by the Debtor. It is further agreed that the amount shall be reduced to $4,000.00 if paid in full on or before December 1, 2020. Calaiaro Valencik waves any amounts owed in excess of the amounts referenced in this Order.

By the Court,

_____
**Honorable Gregory L. Taddonio**
**United States Bankruptcy Judge**

**CONSENTED TO:**

_____
**Kathleen Miskovich, Debtor**
**1219 Applewood Drive**
**Gibsonia, PA 15044**

/s/ Mark B. Peduto
Mark B. Peduto, Esquire PA ID #62923
mpeduto@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15219-3708
(412) 232-0930