FILED
11/17/20 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kathleen Miskovich,<br>    Debtor,<br>Calaiaro Valencik,<br>    Movant,<br>    vs.<br>No Respondent. | ) Bankruptcy No. 15-22497 GLT<br>)<br>) Chapter 13<br>) Hearing Date: 11/18/20 @ 10:00 a.m.<br>) Response Due: 11/02/20<br>) Related Document No. 134-133<br>) Related to Docket No. 133 & 145 |

### CONSENT ORDER OF COURT

**AND NOW,** to-wit, this 17th day of November, 2020, upon consideration of the foregoing Final Fees and Expenses Application by attorney for the Debtor, and the objection filed by the debtor, it is hereby **ORDERED** that fees and expenses of Calaiaro Valencik are reduced to $6,000.00 and will be paid directly by the Debtor. It is further agreed that the amount shall be reduced to $4,000.00 if paid in full on or before December 1, 2020. Calaiaro Valencik **waives any amounts owed in excess of the amounts referenced** in this Order.

By the Court,

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

CONSENTED TO:

_____
Kathleen Miskovich, Debtor
1219 Applewood Drive
Gibsonia, PA 15044

/s/ Mark B. Peduto
Mark B. Peduto, Esquire PA ID #62923
mpeduto@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA 15219-3708
(412) 232-0930

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22497-GLT |
| Kathleen Miskovich | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen Miskovich, 1219 Applewood Drive, Gibsonia, PA 15044-9249 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC f/k/a Greentree Loan Servicing LLC ecfmail@mwc-law.com |
| David Z. Valencik | on behalf of Debtor Kathleen Miskovich dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Deborah S. Miskovich | on behalf of Debtor Kathleen Miskovich dmiskovich@miskovichlaw.com |

| District/off: 0315-2 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Debtor Kathleen Miskovich dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jared S. Roach
    on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC jroach@reedsmith.com
    bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jeffrey R. Hunt
    on behalf of Creditor Pine-Richland School District jhunt@grblaw.com  cnoroski@grblaw.com

Lauren Moyer
    on behalf of Creditor Ditech Financial LLC ecfmail@ecf.courtdrive.com

Mark B. Peduto
    on behalf of Debtor Kathleen Miskovich mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 15